[No. 20689-1-III.   Division Three.   November 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BERNARD MOSHER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-8-01147-9, Joseph F. Valente, J. Pro Tem., entered October 31, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 20341-7-III.   Division Three.   November 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE ZANE MASSARO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-1-00444-1, Robert L. Zagelow, J., entered June 11, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20524-0-III.   Division Three.   November 21, 2002.]

*In the Matter of the Estate of* ROBERT ALLEN WILLINGHAM.

MARGARET WILLINGHAM, *Individually and as Personal Representative, Appellant*, v. MID-COLUMBIA MENTAL HEALTH CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-2-01390-5, Craig J. Matheson, J., entered September 26, 2001. *Reversed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20760-9-III.   Division Three.   November 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER DAVID BRISKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-1-01603-0, Michael W. Leavitt, J., entered December 6, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.